IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JAMES HEARD,           )<br>                       )<br>    Plaintiff,      )<br>                       )<br>    v.                 )<br>                       )<br>JAY JONES, et al.,     )<br>                       )<br>    Defendants.        ) | CIVIL ACTION NO.<br>3:15cv21-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging his placement in a "violent crime housing unit" and subsequent incidents while confined at the Lee County Detention Center. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of March, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**